JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CJ FRESHWAY AMERICA CORPORATION,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>MESHQUAT INTERNATIONAL TRADING COMPANY, LLC,<br><br>　　　　Defendant(s).<br>_____ | CASE NO.  2:21-cv-08277-RGK-MARx<br><br><br>**ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the Notice of Automatic Stay filed on January 18, 2023 [61], regarding the January 18, 2023 Chapter 7 Bankruptcy filed by defendants and counter-claimants Meshquat International Trading Company, LLC and Ali Ownejazayeri, the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court.  Counsel are to properly motion this Court should they desire this matter placed back on active status.

All pending dates and hearings are vacated and taken off-calendar.

**IT IS SO ORDERED.**

DATED: January 18, 2023

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**